PS 8
(Rev.12/04)

# United States District Court
## for
## Eastern District of Missouri

U.S.A. vs. **Ira Brown**                                                                 Docket No. **1:20CR00168-001**

## Petition for Action on Conditions of Pretrial Release

COMES NOW Katherine D. Stephens, senior United States pretrial services officer, presenting an official report upon the conduct of defendant Ira Brown, who was placed under pretrial release supervision by the Honorable Stephen R. Welby, United States Magistrate Judge, sitting in the court in Cape Girardeau, Missouri on March 2, 2021 under the following conditions: Pretrial Services Supervision; travel restricted to the Eastern District of Missouri; must reside with Phil Madonna 16456 County Road 8440, Rolla, Missouri; no contact with any potential victims, witnesses, or codefendants, including Zerak Brown and alleged victim Jasmine Theis; obtain a mental health assessment and abide by all recommendations; weapons restriction (There are weapons in the home to include firearms maintained in a gun safe in the master bedroom, which Mr. Madonna may access. Bows/arrows must be removed.); alcohol abstinence; drug testing; participate in the location monitoring program with home detention; clear all warrants within 30 days; and other general conditions of pretrial release.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 28, 2021, this officer, while covering the location monitoring caseload for the Eastern District of Missouri during this weekend, received information from the location monitoring system that Brown did not return to his residence by his scheduled time of 5:00 p.m. This officer attempted to contact the defendant by making multiple phone calls to his cell phone. The recorded message indicated Brown's voicemail was not setup, and this officer was unable to leave a message. This officer also sent an "iMessage" to the defendant's cell phone requesting he send me photos of his location monitoring equipment. As of the filing of this petition, there has been no response to this message.

This officer contacted the defendant's roommate, Phil Madonna, who indicated Brown was not at the residence on County Road 8440 and that he left on August 21, 2021 to visit his son and never returned. Please note, the defendant is strapped with a radio frequency location monitoring device and a GPS location monitoring device, both of which are in "missed callback" status and are not currently tracking his whereabouts. The "missed callbacks" are a result of poor service/ reception in and around the rural areas where the defendant lives. Brown's last known whereabouts were at Old Mill Rd, Blackwell, Missouri 63626 on August 21, 2021, when his GPS device went into tracker missed callback at 7:08 p.m.

Additionally, after conferring with Supervising Pretrial Services Officer Shannon McAllister, this officer requested the Rolla Police Department conduct a "wellness check" at the defendant's residence. This officer was notified by the Rolla Police Department the defendant was not located at the residence. Supervisor McAllister also spoke with the defendant's grandmother (who resides with the defendant's son) and was advised they had not seen the defendant in a week.

**PRAYING THAT THE COURT WILL ORDER** a warrant for the defendant's arrest be issued and a bond revocation hearing be held within three days of the defendant's arrest to determine whether or not the defendant is in violation of the conditions of his release.

**ORDER OF COURT**

Considered and ordered this 28th day of August, 2021, and ordered filed and made a part of the records in the above case.

**/s/ Stephen R. Welby**
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 28, 2021**

*Katherine Stephens*
Senior United States Pretrial Services Officer
Place: St. Louis, Missouri

PS 10
(2/12 ED/MO)

# United States District Court

for

**Eastern District of Missouri - St. Louis**

U.S.A. vs Ira Brown                                                                 Docket No. 1:20CR00168

TO:[1] ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

| WARRANT FOR ARREST OF DEFENDANT ||||
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the court. ||||
| NAME OF DEFENDANT<br>Ira Brown<br><br>DOB: 2/22/1969   SSN: 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 | SEX<br>Male | RACE<br>White | AGE<br>52 |
| ADDRESS (STREET, CITY, STATE)<br>16546 County Road 8440 Address 2, Rolla  MO 65401 ||||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States Magistrate Judge Stephen R. Welby<br>Thomas F. Eagleton U.S. Courthouse<br>111 S. 10th Street<br>St. Louis, MO 63102 ||||
| CLERK<br><br>Eastern District of Missouri - St. Louis | (BY) DEPUTY CLERK || DATE |
| RETURN ||||
| **Warrant received and executed** | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
| NAME | (BY) || DATE |

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for Eastern District of Missouri;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 20
(Rev. 10/11 ED/MO)

# PERSONAL HISTORY OF ABSCONDER

TO: U.S. Marshal, Warrant Supervisor
FROM: Gilkeson, Lauren M
OFFICE: U.S. Pretrial Services, St Louis MO
PHONE NO.: 314-244-7000
DATE: August 30, 2021
In Custody Now? ☐ YES ☒ NO   Where: N/A

**Type of Warrant: Pretrial**

***
RE: **Brown,   Ira**

Sex: **Male**        Race: **White**
Date of Birth: **2/22/1969**        Place of Birth: **Town and Country, MO**
Ht: **73 in.**;   WT: **183 lbs.**;        Eyes: **Blue**   Hair: **Brown**
***(NOTE: This info required for NCIC)

Complexion: **N/A**

Scars, Tattoos, Deformities, other ID Marks: **N/A**

FBI#: **P**                              Soc. Sec. No: **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**

Local Police#: **N/A**            Docket #: **1:20CR00168**

Drug Use: ☐ YES ☒ NO        ALIASES: **N/A**

LAST KNOWN OR CURRENT ADDRESS: **16546 County Road 8440, Rolla Missouri 65401**

LAST KNOWN OR CURRENT TELEPEHONE NO.: **cell 573-612-5795; landline 573-308-3467**

FORMER PHONE NOs: **573-604-0144**

FORMER ADDRESSES AND DATES: **17 St. Joseph Street, Viburnum, Missouri 65566 (August 2015 through November 2020)**

DATE, PLACE, OFFENSE, AND AGENCY RESPONSIBLE FOR ARREST RESULTING IN SUPERVISION PLACEMENT:

**11/10/2020; ED/MO; USMS/ATF; Possession of Machineguns**

DATE OF LAST KNOWN ARREST: **11/10/2020** PLACE: **ED/MO**

NATURE OF ARREST: **Federal Indictment for Possession of Machineguns**

VIOLENT HISTORY (Type): **Prior conviction for UUW; pending criminal charges for (1) Felony Domestic Assault, (2) Felony Sexual Assault, and (3) Kidnaping; defendant is also alleged to have been in possession of weapons in the presence of law enforcement**

DATE OF LAST FACE-TO-FACE CONTACT WITH PRETRIAL OFFICER: **8/11/2021**

DOES SUBJECT KNOW WARRANT HAS BEEN ISSUED: ☒ YES ☐ NO

NEXT KNOWN COURT APPEARANCE: Date N/A Location: N/A Type: N/A

KNOWN CODEFENDANTS AND ASSOCIATES AND AREAS SUBJECT MAY FREQUENT (names, aliases, addresses)

**Son Zerak Brown (in custody); son Ira Arik Spenceberger 10152 Deering Road in Tiff, MO; Roomates Phil and Amy Madonna 573-915-8088, 16546 County Road 8440, Rolla Missouri 65401; friend Dave Wisdom 12 Grider Road, Bismarck, MO; friend Mary Grovero 636-586-4192, 10020 Johnson Hollow Road; friend Jimmy Nichols 573 210-2316**

KNOWN FAMILY AND RELATIVES (names, relation, address, phone no.)

**Son Ira Arik; grandmother Joyce Johnson 573-342-4034**

OCCUPATION: N/A DATE OF LAST EMPLOYMENT: **unemployed**

LAST EMPLOYER & ADDRESS: **Quad County Fire Protection Dispatch, 80 Highway 49, Viburnum, Missouri 65566**

NAME AND TELEPHONE OF PRETRIAL OFFICER: **Gilkeson, Lauren M, 314-244-7000**

NAME OF CHIEF PRETRIAL OFFICER OR SUPERVISOR: **Irby, William, 314-244-7000**

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
**PRETRIAL SERVICES**

Mark M. Reichert
Chief Pretrial Services Officer

Susan E. Hendrickson
Supervising Pretrial Services Officer

William L. Irby
Supervising Pretrial Services Officer



Thomas F. Eagleton U.S. Courthouse
111 S. 10th Street, Suite 6.345
St. Louis, Missouri 63102

314-244-7000
1-800-793-7002

December 30, 2021

The Honorable Stephen R. Welby
United States Magistrate Judge
Eastern District of Missouri
Thomas F. Eagleton United States Courthouse
111 South 10th Street
St. Louis, MO 63102

                RE:       **Ira Brown**
                              Case No. 1:20-CR-00168-01
                              Bond Violation Report
                              **Warrant for Arrest**

Dear Judge Welby:

Ira Brown is charged by indictment with Possession of Machineguns. He was released from custody on March 02, 2021 on $15,000 secured bond. Conditions set forth by the Court require the defendant to report to and be supervised by the U.S. Pretrial Services Office, continue or actively seek employment, travel restricted to the Eastern District of Missouri, defendant to reside with Phil Madonna at 16546 County Road 8440, Rolla, Missouri, no contact with codefendant Zarak Brown or victim Jasmine Theis, obtain medical or psychiatric treatment as directed, refrain from possessing any weapons, refrain from any alcohol use, refrain from using or possessing any narcotic drugs or other controlled substances unless prescribed by a licensed medical practitioner, participate in substance abuse testing as directed, participate in the Location Monitoring Program with Home Detention, report contact with law enforcement, and abide by conditions of state bond in Iron County case 20IR-CR00297. Other general conditions of release were ordered. No upcoming court date is scheduled at this time.

At the time of the defendant's release on bond on March 02, 2021, the defendant was placed in the Location Monitoring Program (LMP) with a Global Positioning System (GPS) monitoring device. Due to poor cell service in the area where the defendant was residing, the GPS device often went into "missed callback" while the defendant was at his residence, or nearby his residence in other areas where there was poor cell service. In attempt to track the defendant while in GPS "missed callback," the defendant was also placed on a Radio Frequency (RF) monitoring device on March 26, 2021 and

**Ira Brown**
Bond Violation Report- **Warrant Requested**
Page 2

was simultaneously tracked by both devices. Due to poor cell service in the area where the defendant was residing, the RF device also went into "missed callback" on a regular basis. When in "missed callback" status, the GPS and RF devices were unable to track the defendant's whereabouts.

On August 28, 2021, Senior U.S. Pretrial Services Officer Katherine D. Stephens was covering alerts for the location monitoring caseload for the Eastern District of Missouri. On this date, Officer Stephens received information that the defendant did not return to his residence by his scheduled time of 5:00 pm. She attempted to contact the defendant on his cell phone on multiple occasions to no avail. She also sent an "iMessage" to the defendant's cell phone requesting he sent pictures of his location monitoring equipment. The defendant did not respond to that message.

On the evening of August 28, 2021, Officer Stephens contacted the defendant's roommate, Phil Madonna, who indicated the defendant was not at the residence at 16546 County Road 8440 in Rolla, Missouri. Mr. Madonna advised the defendant left to visit his son on August 21, 2021 and never returned. Please note, both location monitoring devices were in "missed callback" status due to poor cell service and were unable to track his whereabouts.

On the evening of August 28, 2021, a "wellness check" was conducted at 16546 County Road 8440 in Rolla, Missouri by the Rolla Police Department. The defendant was not located at the residence.

Based on the above information, Your Honor signed a Petition for Action on Conditions of Pretrial Release requesting that a warrant be issued for the defendant's arrest on August 28, 2021. No previous violations have been reported to the Court, as the defendant was seemingly in compliance with the conditions of his bond until he absconded from supervision.

The defendant has failed to comply with his bond conditions by failing to report to and be supervised by the U.S. Pretrial Services Office and failing to reside at the residence of Phil Madonna as ordered by the Court. Based on the information contained in this report, it appears the defendant's risk of danger and flight has significantly increased. Brown's current whereabouts are unknown and Your Honor's warrant remains active.

Title 18 USC 3148 (b) requires, to the extent practicable, that a person charged with violating the conditions of release shall be brought before the judicial officer who ordered the release and whose order is alleged to have been violated. In this case, Your Honor ordered the release. Assistant U.S. Attorney Keith Sorrell concurs with this recommendation.

Sincerely,

*Lauren M. Gilkeson*

Lauren M. Gilkeson
Senior U.S. Pretrial Services Officer

cc:   Keith D. Sorrell, Assistant U.S. Attorney         Approved: *[signature]*

**FILED**

**NOV 0 3 2020**

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:20CR000168 SNLJ/ACL |
| | ) | |
| vs. | ) | No. |
| | ) | |
| IRA BROWN and | ) | Title 26 U.S.C. §§ 5861(d), |
| ZERAK BROWN, | ) | Title 18 U.S.C. §§ 111(a) |
| | ) | Title 18 U.S.C. §§ 924(c)(1) |
| Defendants. | ) | |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about October 23, 2020, in Iron County, in the Southeastern Division of the Eastern District of Missouri, the defendant, **IRA BROWN**, knowingly possessed two machineguns, as defined in Title 26, United States Code, Section 5845(b), that is, a BCM, 5.56 caliber rifle, bearing serial number A032668 and a part designed for use in converting a weapon into a machinegun, which were not registered to the defendant in the National Firearms Registration and Transfer Record, and that the defendant knew that the two machineguns were, in fact, machineguns, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 23, 2020, in Iron County, within the Southeastern Division of the Eastern District of Missouri, **ZERAK BROWN**, the defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Jeffrey Johnson, while Johnson was employed as a Task Force Office with the Bureau of Alcohol Tobacco Firearms and Explosives

and while said officer was engaged in the performance of his official duties, and where such assault involved physical contact with Johnson, all in violation of Title 18, United States Code, Section 111(a).

## COUNT III

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 23, 2020, in Iron County, within the Southeastern Division of the Eastern District of Missouri, **ZERAK BROWN**, the defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Missouri State Highway Patrol Officer Christopher Wakefield, Missouri State Highway Patrol Officer A. Shipley and Iron County Sheriff Roger Medley, while Wakefield and Medley were assisting Jeffrey Johnson while Johnson was employed as a Task Force Office with the Bureau of Alcohol Tobacco Firearms and Explosives and while said officer was engaged in the performance of his official duties, and the defendant committed such assault by his use of a deadly or dangerous weapon, to wit, a firearm, all in violation of Title 18, United States Code, Section 111(a).

## COUNT IV

THE GRAND JURY FURTHER CHARGES THAT:

On or about October 23, 2020, in Iron County, within the Southeastern Division of the Eastern District of Missouri, the defendant, **ZERAK BROWN**, knowingly possessed a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, interfering with commerce by threat or violence as alleged in Count III of the Indictment herein, in that the defendant brandished a firearm during the commission of that crime, in violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL.

JEFFREY B. JENSEN      FOREPERSON
UNITED STATES ATTORNEY

KEITH D. SORRELL, #38283MO
ASSISTANT UNITED STATES ATTORNEY